IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACY LYNN WOLF,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 14-5323 |
| | : | |
| **CAROLYN W. COLVIN** | : | |
| Commissioner of Social Security, | : | |
| Defendant, | : | |

### O R D E R

**AND NOW,** this 21st day of December, 2015, upon consideration of Magistrate Judge Linda K. Carracappa's Report and Recommendation (Doc. No. 12), the plaintiff's objections (Doc. No. 13), and Commissioner's response thereto (Doc. No. 15), **IT IS HEREBY ORDERED**:

1)      The plaintiff's objections are **OVERRULED**.

2)      The Report and Recommendation is **APPROVED** and **ADOPTED**.

3)      The Plaintiff's Request for Review is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case as **CLOSED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.